**FILED**
Mar 16 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ charlest   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOCELYN MARTINEZ (1),<br>PEDRO DENGA (2),<br><br>  Defendants. | Case No. '22 CR578 CAB<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine; Title 18, U.S.C., Sec. 2 – Aiding and Abetting |

The grand jury charges:

On or about November 30, 2021, within the Southern District of California, defendants JOCELYN MARTINEZ and PEDRO DENGA did knowingly and intentionally import 500 grams and more, to wit: approximately 30.76 kilograms (70.54 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

DATED: March 16, 2022.

RANDY S. GROSSMAN
United States Attorney

By: _____ for
   RONALD SOU
   Assistant U.S. Attorney

RSO:cms:Imperial:3/16/22